6/22/18   2:50 PM   Pg 1/2

Joshua Davis   vs   LSU, Alexander, Fuentes-Martin, Barras, Scott Robert

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
LSU PD
FILED JUN 22 2018
CLERK

Civil Action
No. 18-614-SDD-RLB

Dear Judge Shelly D. Dick and/or Magistrate Judge Richard L. Bourgeois, Jr.,

I am writing to you today because I have received a motion to dismiss my case from Mr. James G. Evans who is representing the defendants. I ask that you please do not dismiss my case. I have filed this lawsuit because the defendants mentioned above have broken the law. In our great country, the country I have fought, sweat, and bled for in the U.S. Marine Corps, I believe in the law, and I believe in the Constitution. In my lawsuit I have wrote how the defendants in this case have knowingly violated my constitutional rights and have knowingly broken the law. I believe no matter what position anyone holds in this country, they <u>are not</u> above the law.

It is because of this belief that I am writing to you today. I have searched for months for a lawyer that would be able to represent me and have spoken to atleast 10-15 different lawyers, to which all were unable to help me, represent me, or give me any advice because of lack of their experience in a case such as this. Because of this I have had to write my own lawsuit and file it myself. If this is even a possibility, I would greatly appreciate any help from the court in assigning me a lawyer or directing me to one that would be able to represent me and make this process easier for both me and the court. Thank you for your time and consideration.

Sincerly,
Joshua Davis

x *[signature]*

Cell: (225) 610-0318
4135 Strand Drive
Baton Rouge, LA, 70809